UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUSELA REMESAR,

    Plaintiff,

v.                                                  Case No. 2:20-cv-426-JLB-MRM

COMMISIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

The Magistrate Judge filed a Report and Recommendation ("R&R") on March 3, 2021, recommending that the Commissioner's unopposed motion to remand under sentence four of 42 U.S.C. § 405(g) be granted. A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection. Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that the motion to remand is unopposed—the Court agrees with the R&R.

Accordingly, it is **ORDERED:**

1. The Report and Recommendation (Doc. 22) is **ADOPTED**, and the Commissioner's unopposed motion to remand (Doc. 21) is **GRANTED**.

2. The action is **REMANDED** for further consideration under sentence four of 42 U.S.C. § 405 consistent with this Order.

3. The Clerk of Court is directed to enter judgment, terminate any pending deadlines, and to close the file.

**ORDERED** in Fort Myers, Florida, on March 26, 2021

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE